*B-1*





Document title: Kink Shoppe on Instagram: "Friends, meet Rear Admiral Francis "Stash" Pelkowski. Rear Admiral Pelkowski retired from the U.S. Coast Guard in 2018....
Capture URL: https://www.instagram.com/p/B3chkYdh6OO/
Capture timestamp (UTC): Sat, 30 May 2020 01:16:44 GMT



**kinkshoppe** • Follow
Old City, Philadelphia

**kinkshoppe** Friends, meet Rear Admiral Francis "Stash" Pelkowski. Rear Admiral Pelkowski retired from the U.S. Coast Guard in 2018. He is currently Department Chair of Global Business and Transportation Dept at SUNY @maritimecollege. In his free time, Rear Admiral Pelkowski enjoys shoplifting from small businesses - specifically testers from sex boutiques, as witnessed in this video. We wish him all the best in his retirement, a sincere thank you for his service, and extreme and utter disappointment in his personal morals. .

#shoplifting #shoplifter #thief #kinkshoppe #kinkphilly #kinkphiladelphia #kinkpa #oldcity #oldcityphilly #bdsm #kink #adult #sexpositive #allarewelcome #boutique #smallbusiness #shopsmall #shoplocal #military #uscg #cbs3 #cbsphilly #fox29 #fox29goodday #6abcaction #murderedbywords

33w

**conor_nimmo** @discotaffy79 nope, just gagged and cuffed by the reg

32w  2 likes  Reply

— Hide replies

**conor_nimmo** @conor_nimmo not even fuzzy cuffs

32w  1 like  Reply

**discotaffy79** @conor_nimmo they just strap you spread eagle and start tickling you with a feather

32w  1 like  Reply

**aiden_b_21** HAHAHAHHAHAHAHAHAHHAHAHAHHAHAHAHAHA I CAME HERE FROM Angry cops video

32w  14 likes  Reply

— Hide replies

**hunterbuitron** @aiden_b_21 same lol

32w  1 like  Reply

**wildcat_jk** @aiden_b_21 same

32w  1 like  Reply

**_mo_beye_okay** @aiden_b_21 me to 😂😂

32w  Reply

**_mo_beye_okay** @aiden_b_21 me to 😂😂

32w  Reply

**burningisis** Thanks to Rear Admiral "Stash", I've learned of a new kinky boutique that I need to buy things from! Because your boutique looks beautiful, and your products look like quality stuff!

32w  5 likes  Reply

**Instagram**

**1flyingboi** I am underage to purchase your wares however unlike this inferior naval officer, i have money

32w  2 likes  Reply

— Hide replies

    **mwkhome** @1flyingboi

    32w  Reply

    **mwkhome** @mwkhome not a naval officer. He is a Coast Guard Admiral

    32w  2 likes  Reply

    **coloroutsidethelines1** @mwkhome *was

    31w  1 like  Reply

    **janwoodrn** @1flyingboi and he should have plenty of money

    31w  Reply

**revdrjbtddphd** He is only a former Coast Guard Rear Admiral.

32w  1 like  Reply

**fanchbomb** @alissa2009

32w  2 likes  Reply

**tc_blazing_saddle** @roymcmichael @_ryan.morris_ Pmsl

32w  2 likes  Reply

**tc_blazing_saddle** @fury131 navy 😂👑

32w  3 likes  Reply

— Hide replies

    **huntermosher456** @tc_blazing_saddle no coast guard

    32w  1 like  Reply

**556hargis** Oorah seaman!

32w  3 likes  Reply

**el_tigre_223** 😂 you just cant make this up

32w  2 likes  Reply

**huntermosher456** He paid with his credit card

32w  Reply

**huntermosher456** Seman have no dildo cash

32w  1 like  Reply

**ashes_ashley** Ok question, what did he purchase? I'm wondering if 1. he's a closet gay or 2. typically men of that age start getting to weird stuff with their spouses and could be embarrassed about or 3. Seeks the thrill or 4. Has some underlining issue. I'm not saying what he did was right, it was absolutely wrong, but sometimes it's not always what it seems.

32w   6 likes   Reply

**nickalbert686** Some admiral.

31w   Reply

**missfurey** @rogue_nerd

31w   Reply

**rogue_nerd** @mznoname82

31w   1 like   Reply

— Hide replies

**mznoname82** @rogue_nerd oh yeah, you know I saw this. This shop had to shame some beckys last year i think too. Who steals from a small business!?

31w   Reply

**janwoodrn** Wow maybe he was embarrassed.. crazy even high ranked officials commit crimes just as much as low life

31w   1 like   Reply

**jrbiii_212** this guy is a fraud. No way 1 person could do all the things he claimed to do on his bio - IMPOSSIBLE - I sense "Stolen Valor" & this bizarre & sick episode reinforces the guy is a "whacko"

31w   1 like   Reply

**peyton_hall_** @iran.feels so you wanna be in the coast guard?

31w   1 like   Reply

— Hide replies

**iran.feels** @peyton_hall_ this is what happens when an officer doesn't have their senior Nco around

31w   1 like   Reply

**peyton_hall_** @iran.feels this is the future of that ssg with the juul and skateboard

31w   1 like   Reply

**iran.feels** @peyton_hall_ yeah and unsurprisingly he's in the air Force rotc

31w   1 like   Reply

**jrbiii_212** ps - My post at approx 9:15 is NOT based on a simple - one time read of his Bio. I have a 30 plus year direct-connection with the Coast Guard. I was "alerted" to this guy, and his claimed "heroic-exploits" - some time ago & have doubted for a while. No way 1 person can do all these things for 3 different military entities (Coast Guard, Navy & DoD; especially as a reservist) and complete a Law Degree & an MBA, while at the same time working his way up through the merchant marines from the lowest ranks to earn an unlimited tonnage merchant marine Captain's license (which means he started at the lowest level & had to spend a tremendous amount of time "at sea" on ships sailing around the world (with little time for these other tremendous accomplishments he claims) & also would mean he can Captain any size ship sailing around the world) and at same time he was involved in all these big operations, and also worked his way up through the "ranks" of a major commercial shipping company to become their Chief Operating Officer. (not even Steven Segal, Rambo or the Rock, could do all this in a movie script - IMPOSSIBLE). And ... Hhhmmm...if you are really a Chief Operating Officer of a major shipping company (likely making near a million dollars a year (at least)) why in the world would You leave that position to go be a department head/professor at a tiny maritime college (or did all the claims (perhaps false) in the bio-land him the SUNY job???) I dont claim to know the answers to these questions or thoughts. Maybe hisbbio is accurate-if so I know Ive seen no bio near as impressive. I do know, this sick act (theft in a sex shop 🙈♂) & the blight it's putting on My Coast Guard's image (as portrayed in the posts on this thread)!reinforces to Me - that there seems to be "Stolen Valor" written all over this guy, and that isn't the Coast Guard's fault, it's the fault of a

potential/alleged thief ... of weird things & perhaps of Military Valor.

31w  5 likes  Reply

—— Hide replies

**gica.bitencourt** @jrbiii_212 What a jealous comment!!! Hahahaha
I know him Personally and evening though I am disappointed at the stealing at the store, you have no right to come here and doubt this man professional achievements just because you probable weren't able to do nothing similar with your life.
Don't be a hater! And SUNY is not a tiny college... you don't know what you are talking about it!
His bio is impressive and he is an impressive man who made a stupid mistake. That's it!
Nobody was saying it was the Coast Guard fault! Don't be ridiculous... but with your comments, I am wondering how the Coast Guard has lowered their standards so much to accept people like you.

13w  1 like  Reply

**gica.bitencourt** @gica.bitencourt *even though not evening...

13w  Reply

**markhalv3** @roberthlvrsn

29w  Reply

**william2x** Tyfys

32w  Reply

**richhomie_shane._** Good god. So happy I'm joining the teams when I'm older

32w  Reply

—— Hide replies

**bearstranglerr** @realshanec_ham you ain't joining shit.

32w  Reply

**colorad0_native** @realshanec_ham this is one of those posts that, should you ever join the military, will make you cringe every time you remember you posted something so stupid

32w  1 like  Reply

**i.caleb.e** I guess he's just getting the green weenie ready

32w  1 like  Reply

**jc_actual01** @capt_jessejames bruh lol

32w  Reply

—— Hide replies

**capt_jessejames** @jc_actual01 they have some weirdos in our branch. What a perv

32w  Reply

**rlevis99** That's it! You guys deserve a follow!!!!

32w  Reply

**perichon.n** Dildo aproved by coast guard

Instagram                                                    Q Search

32w   4 likes   Reply

**shockingammo** Too bad he didnt smuggle it in his tackle box. 😂😂😂 you know. The prison purse. Up his ass!! 😂😂😂

32w   Reply

**davidanzola** Damn. Really uplifting the @uscg motto of "Always Ready"... 🗿♂

32w   Reply

**messy_jess** @mattheww_xo dude

32w   Reply

**christion_hunt** L

32w   1 like   Reply

**discotaffy79** @maritimecollege 🫣

32w   1 like   Reply

—— Hide replies

   **conor_nimmo** @discotaffy79 Capt Hanft had military charges against her for way worse crimes... you think they care about some minor shoplifting

   32w   3 likes   Reply

   **discotaffy79** @conor_nimmo yeah but he's so romantic getting it for her. ITS THE THOUGHT THAT COUNTS CONOR GOD

   32w   Reply

   **conor_nimmo** @discotaffy79
   @maritimecollege the cadets always need some extra lube for the screw they get everyday from the reg staff anyway.

   32w   4 likes   Reply

   **discotaffy79** @conor_nimmo they don't even get wined and dined before they get fucked

   32w   1 like   Reply

**wham_bam_tam** Sounds personal. You should've went to the cops instead of posting on social media. It's testers anyways like boohoo.

33w   3 likes   Reply

—— Hide replies

   **kinkshoppe** @wham_bam_tam It may be a tester, but it's still theft. And worry not, there is a police report. We don't take kindly to crime of ANY kind.

   33w   23 likes   Reply

   **j0nd0dge** You really are creating a mob mentality with this post. If you were looking for the culprit, that's one thing, but you are out to ruin the life of the guilty and his innocent family.

   33w   6 likes   Reply

   **michellesinspirationboard** @j0nd0dge he shouldn't have stolen. The end.

   33w   15 likes   Reply

   **j0nd0dge** @michellesinspirationboard no he shouldn't have. That doesn't mean we all have the right to take the revenge we feel is just.

Instagram

33w  5 likes  Reply

**wham_bam_tam** @michellesinspirationboard yeh but publicizing his information isn't the way to go about it. It sounds a persona. Like where did you get that info unless you know of him personally or did some stalking? Stealing is wrong but there are better ways to handle this and imo this was tacky.

33w  3 likes  Reply

**michellesinspirationboard** @wham_bam_tam lol that's public information, all of what the business owner can just google. I respect your opinion, but I for sure would do something like this if I had my own business too. Stealing is not cool, especially if you are so involved in the community like this man. Shame on him.

33w  11 likes  Reply

**michellesinspirationboard** @j0nd0dge I don't see this as revenge, I see this as public knowledge. I would not trust this man anymore after this. If he feels entitled to steal something this small, what else has he done?

33w  7 likes  Reply

**davidanzola** @wham_bam_tam 🙈 ♂

32w  Reply

**intrepid_lines** 🐷🐷🐷🐷🐷🐷💩

33w  Reply

**tinaruggeri** @bradmcmurtry

33w  Reply

— Hide replies

**bradmcmurtry** @tinaruggeri gotta learn from the best of em

33w  1 like  Reply

**bradmcmurtry** @tinaruggeri gotta learn from the best of em

33w  Reply

**bme6893** How do you guys know he wasnt gonna bring the lube back

33w  Reply

**mrsmallorybramlett** @dayna_flynn

33w  Reply

— Hide replies

**dayna_flynn** @mrsmallorybramlett 🙈

32w  1 like  Reply

**angie_nguyen_0x** @andrew_sintas

33w  1 like  Reply

**seagurlny** @val.av a admiral from my college stole a vibrator.

33w  1 like  Reply

**faustcapobianco** I'm confused here.. was he arrested by the cops? How do you know who this is?



33w Reply

— Hide replies

**kinkshoppe** @faustcapobianco He had made a purchase with a credit card so we had his name.
32w 5 likes Reply

**faustcapobianco** @kinkshoppe so this guy doesn't know this video is posted of him stealing ?
32w Reply

**dasannnnn808** @uscg Semper Paratus
33w 3 likes Reply

**tombentsen** I know him as a selfless over achiever...
33w Reply

**mightymousemamma** What an effn creep smh
33w Reply

**_axelfoley_** @stumpaaaaay when are we going to AC?
32w Reply

— Hide replies

**stumpaaaaay** @_axelfoley_ omg. I was there last night actually. Next time I'm home let's plan an ac trip
32w Reply

**_axelfoley_** @stumpaaaaay for sure. When are you home next?
32w Reply

**stumpaaaaay** @_axelfoley_ November right before thanksgiving
32w 1 like Reply

**_axelfoley_** @stumpaaaaay Nothing would make me give thanks more than being able to spend the holiday with you. I'm not asking for an invite, but if we got to FaceTime on thanksgiving, I'd be happy as a pig in shit.
32w Reply

**stumpaaaaay** @_axelfoley_ it's a date
32w Reply

**_axelfoley_** @stumpaaaaay 🦃🍽
32w Reply

**delmonico_drew** Bro he was the greatest instructor I've ever had
33w 6 likes Reply

**thisizzowedoit** I'd have to steal from a sex shop too if I got as much puss as this guy. He's an absolute legend 🐱
33w 11 likes Reply

— Hide replies

**kimbo_co** @thisizzowedoit ew with who? The weekly geriatric scrabble meetup?

33w 11 likes Reply

mister_jady @kimbo_co 😂😂😂

33w 2 likes Reply

yearobi Think

33w Reply

aloofnerd Omgggg saw this on reddit!!!! YUSSS

33w 16 likes Reply

Hide replies

jpnzdandan @aloofnerd what's the reddit link

33w 2 likes Reply

boozenequations @jpnzdandan I don't have the link but it's under r/murderedbywords

33w 3 likes Reply

aloofnerd @jpnzdandan
https://www.reddit.com/r/MurderedByWords/comments/dg8dq9/witnessed_the_end_of_a_persons_career/?utm_source=share&utm_medium=ios_app&utm_name=iossmf

33w 1 like Reply

aloofnerd @boozenequations yep

33w 1 like Reply

michellesinspirationboard Poetic justice 🖤

33w 1 like Reply

eric_sutton666 @jack_horvath31 @adithyachimichanga @papasork what a terrible shame 😔

33w Reply

kt_nelson203 Hey you got to get all the lube you can the school LOVES to just fuck you

33w 10 likes Reply

Hide replies

danielfagelman @kt_nelson203 savage

33w Reply

bh_knife_co Agreed the school fucks you in so many ways u gota spice things up now and again 😂

33w 2 likes Reply

bh_knife_co @kinkshoppe curious to know what exactly it was that he stole 😂😂😂

33w 1 like Reply

Hide replies

cuckaine @bh_knife_co A vibe tester called "Iroha Stick"

33w  Reply

**raskin._** Dead
33w  Reply

**kelvasandrew** Semper Paratus
33w  6 likes  Reply

**cheyenne.lopez.jackson** well that's just embarrassing.
33w  Reply

**misternizz** Masterfully done.
33w  1 like  Reply

**josh.the.truth** 😂😂😂😂
33w  Reply

**shrekthetoyhauler** @bkactual 😂😂
33w  2 likes  Reply

**erickchat** 😂😂😂😂😂
33w  1 like  Reply

**blackwilderness** @livelaughlovemel8961
33w  1 like  Reply

— Hide replies

**livelaughlovemel8961** @blackwilderness damn smh 🔔👮
33w  1 like  Reply

**indulgencebtq69** That's terrible of him..... but 😂😂😂😂... Love the post.
33w  3 likes  Reply

**maritime_mug_memes** 👀
33w  34 likes  Reply

**sirperseusb10** Disgraceful
33w  2 likes  Reply

**bcloveless** If I can afford to regularly shop here, I know for a fact this man can afford to buy these items. 😂😂😂
33w  7 likes  Reply

**britishcandy84** It's a shame that he steals lube testers in his free time perhaps his hands are busy otherwise 😂😂
33w  2 likes  Reply

— Hide replies

kinkshoppe @britishcandy84 oh it wasn't a lube tester, it was a vibe tester! An Iroha Stick, to be exact!

Instagram                                                                  Q Search

K nk  ...
33w  11 likes  Reply

**britishcandy84** @kinkshoppe I love the posts from your shop and your honesty. This post in particular was very eye opening it seems that crime happens everywhere. It's sad but true!!!

31w  1 like  Reply

**wildcatjudge2006** @wetsu_co

33w  Reply

**dougefresh84** @patricksullivan735

33w  Reply

**dougefresh84** @k_riss223

33w  Reply

—— Hide replies

**k_riss223** @dougefresh84 omg

33w  Reply

**k_riss223** @dougefresh84 omg

33w  Reply

**shannsproul** "We wish him all the best in his retirement" @travisbruinsma @shane_sulllivan

33w  3 likes  Reply

—— Hide replies

**shane_sulllivan** @shannsproul what the actual fuck

33w  2 likes  Reply

**mhernandez2696** @shane_sulllivan you can say that again

33w  3 likes  Reply

**dildo_peddler** @bt_evans 🌀🌀

33w  1 like  Reply

**staysexyshop** Wow he may be shamed and repressed but his behavior is inexcusable

33w  1 like  Reply

**aquakink** Just wow. He might have done it out of being too embarrassed to walk up and purchase a sex toy, but this is still inexcusable and absolutely egregious.

33w  4 likes  Reply

—— Hide replies

**kinkshoppe** @aquakink Thing is, he made a purchase anyway! 🔔♂

33w  7 likes  Reply

**aquakink** @kinkshoppe Now he just took the whole cake on this one! I'm speechless! 🔔♀

**Instagram**    Q Search

33w  1 like  Reply

**keegan_ryn** @kinkshoppe a Hahahahah!!!'n
33w  Reply

**angrycops** My next video subject. Thank you @kinkshoppe
33w  80 likes  Reply

—— Hide replies

**maritime_mug_memes** @angrycops oh fuck
33w  16 likes  Reply

**lolowaikoa** @angrycops I am SO looking forward to this one 🌎. Let us know when it drops.
33w  2 likes  Reply

**sergeant_starting_over** @angrycops did not disappoint!
32w  1 like  Reply

**hopetakespower** I hate to laugh but I'm laughing Jesus Christ
33w  Reply

**localdazey** @irrelevantshit_
33w  Reply

**bringtherain23** That's right, put him on BLAST! Karma will find him
33w  2 likes  Reply

**secretpleasures** 🔔? Why? #supportsmallbusiness
33w  Reply

—— Hide replies

**sugarvaultdesserts** @secretpleasures Oh my!! SMH
33w  Reply

**i_will96** @theizzyj shutdown hit hard... some people still haven't recovered..
33w  1 like  Reply

**keegan_ryn** 😡
33w  Reply

**keegan_ryn** Blame trump! He cut our paycheck!!!
33w  Reply

—— Hide replies

**kinkshoppe** @wild_chiver I'm pretty sure this retired Rear Admiral and current University Department Chair can afford it. Either way, there's no excuse for this.
33w  9 likes  Reply

**keegan_ryn** @kinkshoppe no I agree. Stealing is wrong and in no way am I trying to defend this piece of shit. I can't wait to see what's going to come of this in our service. Please don't judge the CG off this one pathetic excuse of a human being. I love that you guys have video of him and please drag him through the mud!

33w  3 likes  Reply

**keegan_ryn** @wild_chiver *wait

33w  Reply

**chuck_shapiro** "In my casino, someone's always watching". Someone's watching wherever the fuck you go. ALWAYS

33w  Reply

**rs740** 🌿🐢🌿

33w  2 likes  Reply

**fleming4166** I despise thiefs @kinkshoppe was very petty to blast this guy over something misdemeanor. This could ruin this guy for what?

33w  1 like  Reply

— Hide replies

**kinkshoppe** @fleming4166 Maybe he should have thought of that before committing a crime. 🌿♂

33w  31 likes  Reply

**fleming4166** @kinkshoppe a petty theft and a petty act. When did this take place? Has it had due process before publicly shaming this person?

33w  2 likes  Reply

**fleming4166** @kinkshoppe two wrongs do not make a right.

33w  4 likes  Reply

**mister_jady** @fleming4166 welp, this is the due process he gets. He flushed his own shit 🌿♂ I imagine he's a rich white dude with a lot of prestige who's been very taken care of and has a decent financial padding. this is a message that he doesnt just get to do whatever the eff he wants wherever he wants. Now he's being held accountable and yeah that's gonna be uncomfortable for some people.

33w  17 likes  Reply

**fleming4166** @mister_jady you're talking out of your ass and you know it.

33w  1 like  Reply

**winogirl9000** @fleming4166 and you're a keyboard warrior living in your mom's basement and I'm so fucking sick of all of you.

33w  3 likes  Reply

**thereallegacy87** @fleming4166 is that you admiral? 🌿🌿🌿

33w  7 likes  Reply

**aloofnerd** @fleming4166 lolz don't steal. Welcome to the internet where men are starting to be held accountable for doing shitty things.

33w  6 likes  Reply

**mullarkeymotorsports4130** Everyone needs to be held accountable for their actions. Winona Ryder, those UCLA basketball players, Tila Tequila, Lindsay Lohan, this guy...

33w  1 like  Reply

**Instagram**   Search

aloomera @muharkeymotorsports4150 all the great shoplifting moments of history
33w  2 likes  Reply

**diamondadultworld4** SAVAGE 💧💧💧💧💧❤❤❤❤❤❤
33w  1 like  Reply

**itsnotjustyoupodcast** Yikes 💧💧💧
33w  Reply

**kirarudjen** Hoooooooooly shit
33w  Reply

**herwellness_owensound** BAM 💥 yes yes yes! As a retired Canadian veteran and as a woman entrepreneur who owns and runs a sex boutique I thoroughly enjoyed the commentary on this video explanation bravo 👏 guys!
33w  3 likes  Reply

**cunei4m** HIS NICKNAME IS "STASH"...can't make this shit up.
33w  5 likes  Reply
—— Hide replies

> **maritime_mug_memes** @cunei4m 😂
> 33w  1 like  Reply

**digitasounds** 💧💧💧💧
33w  Reply

**jersey_dan** I'm absolutely disgusted 😷 what a disgrace to my Coast Guard
33w  4 likes  Reply

**smurfasaur** What an asshole. Like he doesn't make enough money to buy a vibrator.
33w  7 likes  Reply
—— Hide replies

> **shitimjustnae** @smurfasaur exactly!
> 33w  1 like  Reply

> **kinkshoppe** @smurfasaur Oh he does; he actually made a purchase, too!
> 33w  4 likes  Reply

**vtoxbody** Wow
33w  1 like  Reply
—— Hide replies

> **sorameow** @vtoxbody
> 33w  Reply

**Instagram**   Q Search

**teddy_tenga** Did he touch Rin and steal the stick or the other product?
33w  2 likes  Reply

— Hide replies

**kinkshoppe** @teddy_tenga He stole the Stick tester! 👻♂
33w  Reply

**teddy_tenga** @kinkshoppe iroha stick is a cool product but his act is not cool.
I will stop by your store to leave the replacement and discuss something. I will DM you shortly!
33w  1 like  Reply

**trickstress** It makes me sad when you post these but I am glad you do. Sucks.
33w  3 likes  Reply

**jennybeee84** As @sexsiopa said, just pay for the flippin lube!!
33w  2 likes  Reply

**sharibear42** You know what good for you! This guy is a scumbag! I mean what kind of idiot is he? I hoped you not only shared this with the police but with all the television stations in the region!
33w  4 likes  Reply

**plaze_halp** Ew at least steal the products and not the testers. What a disgusting human
33w  5 likes  Reply

— Hide replies

**_snuggle_kitty3** @plaze_halp LMFAO!
33w  1 like  Reply

**tanquegrrrl** Shame him up good! 😡
33w  2 likes  Reply

**disturbed__panda** What an a**hole!!!
33w  1 like  Reply

— Hide replies

**bearstranglerr** @disturbed__panda That's what the lube is for.
32w  1 like  Reply

**disturbed__panda** @bearstranglerr lol 😂😂😂
32w  Reply

**deadflowersbloom** scumbag!!!
33w  4 likes  Reply

**ru_madatme** 😂😂😂
33w  2 likes  Reply

**getnaughtee** Not okay AT ALL

33w   1 like   Reply

**the_damaged_gabby** Damn.... hopefully everything gets sorted out... I just want to take a moment and applaud you guys for having a security camera that is clearer than my future. Well done. 🖤😂😂😂😂😂

33w   12 likes   Reply

**misssthinggg** LMAO EXPOSE HAAAAA

33w   1 like   Reply

**thepleasureparlor** WOW. Good on you for sharing. What an idiot

33w   2 likes   Reply

**_snuggle_kitty3** @x_nitika_x

33w   Reply

**neopolitano321** Savage. 🖤

33w   2 likes   Reply

**petitpapaa** What a bozo!

33w   4 likes   Reply

**moodiestcancer** 😂😂😂😂

33w   2 likes   Reply

**mariannebird** 😂😂😂

33w   3 likes   Reply

**myusernameistravis** So disappointing. Serving the people and country doesn't grant you a hall pass for a lack of morals.

33w   9 likes   Reply

**callme_skittlez89** 😂😂😂😂😂 dummy!

33w   3 likes   Reply

**mistresskye** I tell people all the time, there are cameras everywhere! I am a proponent of accountability and consequences. Shame on you Rear Admiral

33w   7 likes   Reply

**vesta.glass** This is hilarious 😂😂😂

33w   1 like   Reply

**hellobritto** Oh wow this guy was smooth too! Def has done this before.

33w   10 likes   Reply

**itshollyagain** Ugh that's so lousy. It seems he is doing it just for the "thrill" of doing it which is sad. Glad you caught him!

33w   3 likes   Reply

**dustintooker** Nice😂



**thefirstbostonalbum** That is a practiced hand -- maybe he took up thievery to fill the hours post-retirement?
33w  2 likes  Reply

**shadowinkguild** This is gold 😅
33w  2 likes  Reply

**itsmysoul** 👍
33w  2 likes  Reply

**roberto_monreale_neroni** I really love how you shame these shoplifters. 👍
33w  19 likes  Reply

**_thepeggingfish** Not cool!!
33w  3 likes  Reply

**adrianneavery1985** Lol goodfor u put him on blast 😂 🤘
33w  5 likes  Reply

**glamkittyxxox** Is this real!!? I'm literally crying at the last picture 😂 🔫♀ "Rear Admiral" 💀💩🐻🐼🐻🐻🐻
33w  13 likes  Reply

**madame.vibes** HA HA nicely done @kinkshoppe 🍪 He's messed up.
33w  6 likes  Reply

**jooeely_** 🐻🐻🐻🐻🐻 Wtfff
33w  2 likes  Reply

**orangeandblacc** How did y'all find his info? Was he dumb enough to use a credit card for something?
33w  8 likes  Reply

— Hide replies

  **kinkshoppe** @orangeandblacc Surely someone with both an engineering degree and a law degree can't be that empty-headed, can they? 😁 Oh wait, seems they can. 🔫♂
  33w  16 likes  Reply

  **mx.monster.heart** @kinkshoppe so they paid for something but took something else 😂 🔫♂
  33w  3 likes  Reply

**thephillycarnivore** Wow
33w  1 like  Reply

**thestoryofmylife_est_81** So sad
33w  2 likes  Reply

**learnreikiphlladelphia** 🐻🐻🐻🐻🐻 #happyretirement

# Instagram

   

33w  3 likes  Reply

—— Hide replies

 **learnreikiphlladelphia** In all seriousness though, sorry you had to deal with this, but happy they were caught in the act. We plan on doing the same when we catch our mail bandit.

33w  6 likes  Reply

 **kinkshoppe** @learnreikiphiladelphia Oy, hope you catch them! Let us know if you need help!

33w  2 likes  Reply

 **lunagoddessluna_** A criminal

33w  2 likes  Reply

 **sevenoflust** NOPE NOPE UNACCEPTABLE ADMIRAL

33w  7 likes  Reply

 **orangeandblacc** Oof. He fucked up

33w  5 likes  Reply

 **erotic_boudoir** 😂😂HAPPY YOU CAUGHT HIS ASS ON CAMERA!!

33w  13 likes  Reply

 **mx.monster.heart** Just why?

33w  3 likes  Reply

  

**1,179 likes**

OCTOBER 10, 2019

Add a comment...

More posts from kinkshoppe

  

Instagram    

 **mx.monster.heart** Just why?
33w   3 likes   Reply

1,179 likes
OCTOBER 10, 2019

Add a comment...

More posts from kinkshoppe

  

  

ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE       © 2020 INSTAGRAM FROM FACEBOOK