*B-2*

