UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| FRANCIS PELKOWSKI, | X : | 1:20-cv-01845-ENV-RLM |
| Plaintiff, | : : | |
| v. | : : | |
| FRED HOVERMANN, individually, and | : : | |
| KINK, LLC | : : | |
| Defendants. | : X | |

---

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant (collectively, "the Parties") stipulate to the dismissal with prejudice of this action, in its entirety, with each party bearing its own costs, in accordance with the Parties' agreed resolution of the matter. A proposed dismissal order reflecting this result is being filed contemporaneously.

Dated: July 5, 2022

| HOFMANN & SCHWEITZER | WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP |
|---|---|
| By: /s/Paul T. Hofmann_____ | By: /s/ Eugene T. Boulé_____ |
| Paul T. Hofmann | Eugene T. Boulé |
| 212 W. 35th Street, FL 12 | 150 E. 42nd Street |
| New York, NY 10001 | New York, NY 10017 |
| T: (212) 465-8840 | Tel: 212-915-5587 |
| F: (212) 465-8849 | Fax: 212-490-3038 |
| paulhofmann@hofmannlawfirm.com | Eugene.boule@wilsonelser.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

FH+H, LLC

By: /s/Kevin E. Byrnes_____
  Kevin E. Byrnes, *Admitted pro hac vice*
  1751 Pinnacle Drive, 10th Floor
  Tysons, Virginia 22102
  T: (703) 590-1234
  F: (703) 590-0366
  kbyrnes@fhhfirm.com
  Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on July 5, 2022, I electronically filed the foregoing with the Court and served counsel of record by using the CM/ECF system which will send a notice of electronic filing to all parties in this case.

                                                  */s/ Paul T. Hofmann*
                                                    Paul T. Hofmann (PH1356)
                                                    Hofmann & Schweitzer
                                                    212 W. 35th Street, FL 12
                                                    New York, NY 10001
                                                    T: (212) 465-8840    F: (212) 465-8849
                                                    paulhofmann@hofmannlawfirm.com
                                                    Attorneys for Plaintiff

2